UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH SPENCER ALEXANDER,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  09/15/2023
```

23 Civ. 6964 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff *pro se*, Kenneth Spencer Alexander, seeks to "reinstate the motion at EDF [sic] No. 5" for a "temporary injunction." ECF Nos. 5, 13. The Court construed Plaintiff's prior motion for a "temporary injunction" as a motion for a preliminary injunction. Order at 1 n.1, ECF No. 9. The Court denied Plaintiff's motion and ordered Plaintiff to file an amended complaint because Plaintiff had not indicated why the Southern District of New York is the appropriate venue for his complaint and had not identified any final agency decision for review. *Id.* at 1–3.

    The Court construes Plaintiff's instant application as a motion to reconsider its order pursuant to Federal Rule of Civil Procedure 54(b). Plaintiff states that there "is an official/formal denial of the Request for Reconsideration of overpayment; mailed June 20, 2023." ECF No. 13. Plaintiff's assertion was not part of the original complaint and does not call into question the prior order. Plaintiff has not demonstrated any further reason to revise this order.

    Accordingly, Plaintiff's motion for reconsideration is DENIED. The Clerk of Court is directed to terminate the motions at ECF Nos. 5 and 13.

SO ORDERED.

Dated: September 15, 2023
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge